Joshua D. Wayser (Cal. Bar No. 152711)
joshua.wayser@kattenlaw.com
Pamela Tsao (Cal. Bar No. 266734)
pamela.tsao@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Attorneys for Plaintiff
Blue Growth Holdings Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD., a company organized under the laws of the British Virgin Islands,<br><br>            Plaintiff,<br><br>    v.<br><br>MAINSTREET LIMITED VENTURES, LLC, a Limited Liability Company organized under the laws of the State of California; JOSEPH M. AARON, an individual; DOES 1-50 inclusive,<br><br>            Defendants. | CASE NO. 3:13-cv-01452-CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**OLD DATE:  June 28, 2013**<br>**OLD TIME:  1:30 PM**<br><br>**Proposed NEW DATE: July 12, 2013**<br>**Proposed NEW TIME: 10:00 AM** |

IT IS HEREBY STIPULATED by and between Plaintiff Blue Growth Holdings Ltd. ("Plaintiff) and Defendants Mainstreet Limited Ventures, LLC and Joseph Aaron (collectively "Defendants") by and through their attorneys of record that the Initial Case Management Conference currently set for Friday June 28, 2013 at 1:30 p.m., be continued to Friday July 12, 2013 at 10:00 a.m. in Department C6 of the above entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102.  It would be in the best interests of the management of the case for the Initial Case Management Conference to be continued to July 12, 2013 as Plaintiff has filed a Motion for Summary Judgment (the "Motion") currently scheduled to be heard on July 12, 2013.  The Motion may limit or avoid many of the issues in dispute.  Accordingly, the parties request that the Court continue the Initial Case Management Conference to July 12, 2013.

**SO STIPULATED.**

Respectfully submitted,

Dated:  May 30, 2013            KATTEN MUCHIN ROSENMAN LLP

By:     /s/ Joshua D. Wayser
Joshua D. Wayser
Pamela Tsao
Attorneys for Plaintiff
BLUE GROWTH HOLDINGS, LTD.

Dated:  May 30, 2013            theDewberryfirm

By:    /s/ Robert H. Dewberry
Robert H. Dewberry
Attorneys for Defendants
MAINSTREET LIMITED VENTURES, LLC;
JOSEPH M. AARON

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

The Initial Case Management Conference is hereby continued from June 28, 2013 at 1:30 p.m. to July 12, 2013, at 10:00 a.m.

Dated: May 31, 2013              _____
CHARLES R. BREYER
United States District

*IT IS SO ORDERED — Judge Charles R. Breyer*

1
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** - 3:13-cv-01452-CRB