1  Joshua D. Wayser (Cal. Bar No. 152711)
   joshua.wayser@kattenlaw.com
2  Pamela Tsao (Cal. Bar No. 266734)
   pamela.tsao@kattenlaw.com
3  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone:    310.788.4400
5  Facsimile:    310.788.4471

6  Attorneys for Plaintiff
   Blue Growth Holdings Ltd.
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11 | BLUE GROWTH HOLDINGS LTD.,                           ) | CASE NO. CASE NO. 3:13-cv-01452-CRB
   | a company organized under the laws of the           ) |
12 | British Virgin Islands,                              ) |
   |                                                      ) | **STIPULATION TO CONTINUE PLAINTIFF**
13 |                    Plaintiff,                       ) | **BLUE GROWTH HOLDINGS LTD.'S**
   |                                                      ) | **DEADLINE TO FILE A REPLY IN**
14 |         v.                                          ) | **SUPPORT OF PLAINTIFF'S MOTION FOR**
   |                                                      ) | **SUMMARY JUDGMENT OR IN THE**
15 | MAINSTREET LIMITED VENTURES, LLC,                   ) | **ALTERNATIVE SUMMARY**
   | a Limited Liability Company organized under          ) | **ADJUDICATION**
16 | the laws of the State of California; JOSEPH M.      ) |
   | AARON, an individual; DOES 1-50 inclusive,          ) |
17 |                                                      ) |
   |                    Defendants.                       ) |
18 |                                                      ) |

**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF'S REPLY ISO MOTION FOR SUMMARY JUDGMENT -**

IT IS HEREBY STIPULATED by and between Plaintiff Blue Growth Holdings Ltd. ("Plaintiff) and Defendants Mainstreet Limited Ventures, LLC and Joseph Aaron (collectively "Defendants") by and through their attorneys of record that the deadline for Plaintiff to file a Reply In Support of Plaintiff's Motion For Summary Judgment Or In The Alternative Summary Adjudication shall be continued under Federal Rules of Civil Procedure Rule 6(b) from June 18, 2013 to June 25, 2013.  Good cause exists for granting the extension as Plaintiff's counsel will be unexpectedly traveling prior to and during Plaintiff's deadline to file its reply.

**SO STIPULATED.**

Respectfully submitted,

Dated:  June 14, 2013        KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Joshua D. Wayser
Joshua D. Wayser
Pamela Tsao
Attorneys for Plaintiff
BLUE GROWTH HOLDINGS, LTD.

Dated:  June 14, 2013        theDewberryfirm

By:   /s/ Robert H. Dewberry
Robert H. Dewberry
Attorneys for Defendants
MAINSTREET LIMITED VENTURES, LLC;
JOSEPH M. AARON

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

The deadline for Plaintiff to file a Reply In Support Of Plaintiff's Motion For Summary Judgment Or In The Alternative Summary Adjudication is continued from June 18, 2013 to June 25, 2013.

**IT IS SO ORDERED.**

Dated: June 19, 2013        _____
CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Charles R. Breyer]*

1

**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF'S REPLY ISO MOTION FOR SUMMARY JUDGMENT -**