# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD., a company organized under the laws of the British Virgin Islands,<br><br>Plaintiff,<br><br>vs.<br><br>MAINSTREET LIMITED VENTURES, LLC, a Limited Liability Company organized under the laws of the State of California; JOSEPH M. AARON, an individual; DOES 1-50 inclusive,<br><br>Defendants. | Case No. 3:13-cv-01452-CRB<br><br>**ORDER ON:**<br><br>**(1) STIPULATION TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES;**<br><br>**(2) APPLICATION TO APPEAR FOR HEARING ON MOTION FOR ATTORNEYS' FEES BY TELEPHONE**<br><br>Date: 6/13/2014<br>Time: 10:00 a.m.<br>Courtroom: 6 |

The court having read and considered the stipulation to continue the hearing on plaintiff's motion for attorneys' fees and the application of plaintiff and defendants to appear by telephone for the hearing on plaintiff's motion for attorney's fees, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on plaintiff's motion for attorneys' fee be continued to _____ July 11 ___, 2014 at 10:00 a.m. in this courtroom.

IT IS FURTHER ORDERED that counsel for plaintiff and defendant be allowed to appear telephonically for the hearing on plaintiff's motion for attorneys' fees. The land line telephone

- 1 -

1  number where counsel for plaintiff will be available to receive the court's call is (310) 788-4560.

2  The land line telephone number where counsel for defendants will be available to receive the

3  court's call is (949) 955-2940.

5  Dated: May 15, 2014

   The Honorable Charles R. Breyer
   United States District Judge

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*
   *United States District Court, Northern District of California*

- 2 -

ORDER ON: (1) STIPULATION TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES; (2) APPLICATION TO APPEAR FOR HEARING ON MOTION FOR ATTORNEYS' FEES BY TELEPHONE