UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD,<br><br>  Plaintiff,<br><br>  v.<br><br>MAINSTREET LIMITED VENTURES LLC,<br><br>  Defendant. | Case No. 13-cv-01452 CRB (NC)<br><br>**ORDER TO THIRD PARTY TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT**<br><br>Re: Dkt. No. 87 |

Plaintiff Blue Growth's application, Dkt. No. 87, for an order requiring third party Wood, Hat & Silver LLC to appear for examination is GRANTED AS MODIFIED.

WOOD, HAT & SILVER LLC IS ORDERED TO APPEAR personally before this Court to answer concerning property of the judgment debtor in its possession or control or concerning a debt it owes the judgment debtor on October 29, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

This order may be served by a registered process server.

**NOTICE TO PERSON SERVED. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the**

Case No. 13-cv-01452 CRB (NC)
ORDER TO THIRD PARTY TO
APPEAR FOR EXAMINATION

1 **reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

2 **NOTICE TO CORPORATION, PARTNERSHIP, ASSOCIATION,**
3 **TRUST, OR OTHER ORGANIZATION. It is your duty to designate one or**
4 **more of the following to appear and be examined: officers, directors, managing**
5 **agents, or other persons who are familiar with your property and debts.**

6 **NOTICE TO JUDGMENT DEBTOR. The person in whose favor the**
7 **judgment was entered in this action claims that the person to be examined**
8 **pursuant to this order has possession or control of property which is yours or**
9 **owes you a debt. This property or debt is as follows:**

10 **HOME LOCATED AT 557 THIRD STREET EAST, SONOMA, CA**
11 **95476.**

12 **If you claim that all or any portion of this property or debt is exempt from**
13 **enforcement of the money judgment, you must file your exemption claim in**
14 **writing with the court and personally serve a copy on the judgment creditor not**
15 **later than three days before the date set for the examination. You must appear**
16 **at the time and place set for this examination to establish your claim of**
17 **exemption or your exemption may be waived.**

18 Any party may object to this order within fourteen days. Fed. R. Civ. P. 72.

19 IT IS SO ORDERED.

20 Date: September 26, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01452 CRB (NC)
ORDER TO THIRD PARTY TO                2
APPEAR FOR EXAMINATION