UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD,<br><br>  Plaintiff,<br><br>  v.<br><br>MAINSTREET LIMITED VENTURES LLC,<br><br>  Defendant. | Case No. 13-cv-01452 CRB (NC)<br><br>**ORDER TO JUDGMENT DEBTOR TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT**<br><br>Re: Dkt. No. 88 |

Plaintiff Blue Growth's application, Dkt. No. 88, for an order requiring the judgment debtor Joseph M. Aaron to appear for is GRANTED AS MODIFIED.

JOSEPH M. AARON IS ORDERED TO APPEAR personally before this Court to furnish information to aid in enforcement of a money judgment against him on October 29, 2014, at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

This order may be served by a registered process server.

**NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

1  Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72.

2  IT IS SO ORDERED.

3  Date: September 26, 2014

_____

Nathanael M. Cousins
United States Magistrate Judge