Joshua D. Wayser (Cal. Bar No. 152711)
joshua.wayser@kattenlaw.com
Pamela Tsao (Cal. Bar No. 266734)
pamela.tsao@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:   310.788.4471

Attorneys for Plaintiff
Blue Growth Holdings Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE GROWTH HOLDINGS LTD., a company organized under the laws of the British Virgin Islands,<br><br>  Plaintiff,<br><br>  v.<br><br>MAINSTREET LIMITED VENTURES, LLC, a Limited Liability Company organized under the laws of the State of California; JOSEPH M. AARON, an individual; BETH AARON, an individual, DOES 1-50 inclusive,<br><br>  Defendants. | CASE NO. 3:13-cv-01452-CRB (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING JUDGMENT DEBTOR EXAMS** AS MODIFIED |

By Orders entered on September 26, 2014, this Court set judgment debtor exams on October 29, 2014 in Courtroom A, 15th Floor, for the following: third party Wood, Hat & Silver LLC ("Wood"), third party Wood, Hat & Silver Amended and Restated 401 K Profit Sharing Plan ("Wood Plan") and defendant and judgment debtor Joseph Aaron ("Aaron"). Mr. Aaron will be appearing for both himself and as the designated witness for both Wood and Wood Plan. The orders for the judgment debtor exams have been served, along with subpoenas requesting the production of various documents.

**STIPULATION**

1  Counsel for Aaron has a conflict on the currently scheduled date of the exam.  By this
2 stipulation, plaintiff Blue Growth Holdings Ltd., Aaron, Wood and Wood Plan agree to continue the
3 exams until November 5, 2014 at 10:00 a.m. in Courtroom A, 15th Floor.  They further agree that the
4 documents to be produced pursuant to the respective subpoenas shall be delivered to counsel for
5 plaintiff by November 3, 2014, subject to any objections which may be asserted.  No additional
6 service will be necessary to require the witnesses to appear for the examinations on November 5,
7 2014.

**STIPULATION**

| | |
|---|---|
| | Respectfully submitted, |
| Dated: October 22, 2014 | KATTEN MUCHIN ROSENMAN LLP |
| | By: /s/ Joshua D. Wayser<br>Joshua D. Wayser<br>Pamela Tsao<br>Attorneys for Plaintiff<br>BLUE GROWTH HOLDINGS, LTD. |
| Dated: October 22, 2014 | theDewberryfirm |
| | By: /s/ Robert H. Dewberry<br>Robert H. Dewberry<br>Attorneys for Defendants<br>MAINSTREET LIMITED VENTURES, LLC;<br>JOSEPH M. AARON |
| Dated: October 22, 2014 | Wood, Hat & Silver LLC |
| | By: [signature]<br>Joseph Aaron, its Agent |
| Dated: October 22, 2014 | Wood, Hat & Silver Amended and Restated 401 K Profit Sharing Plan |
| | By: [signature]<br>Joseph Aaron, its Agent |

1

STIPULATION

1 **ORDER**

2 The foregoing stipulation is approved and IT IS SO ORDERED. The judgment debtor

3 exams are continued until November 5, 2014 at 10:00 a.m. The parties are to report to the Attorney

4 Conference Room for Courtroom F, 15th Floor, San Francisco.

5 Dated: October 28, 2014

6 NATHANIEL COUSINS
United States Magistrate Judge



STIPULATION